IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KORT CHRISTOFFERSEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NUCOR CORPORATION, doing business as Nucor Steel Utah-Plymouth Division; DON HARRIS, melter; MATT BUTTARS, interim melter; KENNY CHRISTOFFERSEN, Dayshift supervisor,<br><br>　　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 4:25-cv-00118-DN-PK<br><br>District Judge David Nuffer |

　　　　The Report and Recommendation[1] ("R & R") issued by United States Magistrate Judge Kohler on February 19, 2026, recommends granting in part and denying in part Nucor Corporation's Partial Motion to Dismiss the First Amended Complaint ("Motion").[2]

　　　　In his First Amended Complaint ("FAC"), Mr. Christoffersen alleges nine claims for relief:

　　　　(1) Family and Medical Leave Act (29 U.S.C. §2601 et seq.) ("FMLA") Interference;

　　　　(2) FMLA Retaliation;

　　　　(3) Americans with Disabilities Act (42 U.S.C. §12101 et seq.) ("ADA") failure to accommodate;

　　　　(4) ADA Retaliation;

---

[1] Report and Recommendations, docket no. 37, filed February 19, 2026.

[2] Parital Motion to Dismiss, docket no. 34, December 22, 2026.

(5) Violations of Rehabilitation Act Disability Discrimination & Retaliation (Section 504 of the Rehabilitation Act, 29 U.S.C. § 794) ("Rehabilitation Act");

(6) Violations of Utah Whistleblower Act;

(7) Negligent Hiring, Retention, and Supervision ("Negligence");

(8) Intentional Infliction of Emotional Distress ("IIED"); and

(9) Constructive Discharge.[3]

Defendants move to dismiss "Counts V-IX and the other referenced claims (to the extent alleged) of the FAC fail as a matter of law."[4] Judge Kohler found that Mr. Christoffersen had conceded to the dismissal of most of his challenged claims leaving for decision "[Mr. Christoffersen's] claims under the Rehabilitation Act [Claim V] and for negligence [Claim VII] and IIED [Claim VIII]."[5]

In the R & R, Judge Kohler recommends:

(1) "dismissal of Mr. Christoffersen's Rehabilitation Act claim [Claim V] without prejudice with leave to amend";[6]

(2) "[Nucor Corporation's] preemption argument be rejected as it relates to his negligence claim [Claim VII] as a whole and permit amendment"; and

(3) dismissal of Mr. Christoffersen's IIED claim [Claim VIII] without leave to amend.

The parties were notified of their right to file objections to the R & R within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. The parties had until March 5,

---

[3] First Amended Complaint, docket no. 28, filed November 24, 2025.

[4] Motion at 20.

[5] R & R at 3.

[6] *Id*. at 5.

2026, to object to Judge Kohler's R & R. No party filed a written objection to the R & R as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the R & R[7] is adopted in its entirety.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[8] is ADOPTED in full.

IT IS FURTHER ORDERED:

1. Nucor Corporation's Motion to Dismiss is GRANTED in part and DENIED in part;[9]
2. Counts VI and IX of Mr. Christoffersen's Complaint are DISMISSED WITH PREJUDICE;
3. Count VIII is DISMISSED WITHOUT LEAVE TO AMEND.
4. Mr. Christoffersen's is granted leave to amend as to Count V (Rehabilitation Act) and Count VII (negligence).

Signed March 9, 2026.

BY THE COURT

_____
District Judge David Nuffer

---

[7] *Id*.

[8] Report and Recommendations, docket no. 37, filed February 19, 2026.

[9] Partial Motion to Dismiss, docket no. 34, December 22, 2026.